FILED

03/14/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0656

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 23 – 0656

_____

**WESLEY and KAREN TUSCANO,**

　　　　　Appellants,

　v.

**SIDNEY and JULIAN HELVIK,**

　　　　　Appellees,

**ORDER GRANTING
EXTENSION OF TIME TO
PREPARE TRANSCRIPT
TO APRIL 22, 2024**

_____

**WESLEY and KAREN TUSCANO,**

　　　　　Appellants,

　v.

**JACQUELINE CONNER,**

　　　　　Appellee.

_____

　　　　Appellants Wesley and Karen Tuscano ("Tuscanos"), have moved this Court

to extend the deadline to produce the transcripts pursuant to M.R.App.P 9(4) and

26(2). Upon review of the Affidavit of Robin Lee, Official Court Reporter, for an

extension of time to transmit the transcripts, and good cause having been shown:

　　　　IT IS HEREBY ORDERED that Tuscanos' Motion for an Extension of

Time to Transmit the Transcripts is GRANTED and the Affiant shall have up until and including April 22, 2024, to transmit the requested Transcripts in this case.

The Clerk is directed to provide a copy of this Order to all counsel of record.

DATED this ___ day of March 2024.

_____
Chief Justice

CC:   Hertha Lund
      Barbara Harris
      Justin Oliveira
      Clerk of Supreme Court

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
March 14 2024